

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-79,314-02

### EX PARTE JONATHAN EUGENE COOPER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1031532-A IN THE 297TH DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of sexual assault and sentenced to two years' imprisonment. He did not appeal his conviction.

On December 13, 2017, we denied this application without written order. On that day, we received a supplemental application with new grounds from the District Clerk, and after we denied this application, Applicant filed a motion to reconsider urging this Court to remand his application so the trial court could consider the merits of his new grounds.

We now reconsider on our own motion our previous denial of this application. Based on our

independent review of the record, we find that Applicant's new grounds are without merit review.

Relief is denied. Applicant's motion to reconsider is dismissed.


Filed:   September 12, 2018
Do not publish